PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                      Crim. No. **2:03-cr-194-LRH(RJJ)**

**NATHAN VALERIO**

On  May 1, 2012  the above named was placed on supervised release for a period of 27 months. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*[signature]*

D. RUSSELL ELLIS
Senior United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.  The court congratulates Mr. Valerio.

Dated this 23rd day of January, 2014

*[signature]*

LARRY R. HICKS
United States District Judge